JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #209409
ANGELIQUE HERNANDEZ – State Bar #349156
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411
jgoodman@gnhllp.com; ztolson@gnhllp.com; ahernandez@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNE ARTINO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; KING OF CENTRAL VALLEY II, L.P., a California Limited Partnership; THE VIGORO CORPORATION, a Delaware Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 1:22-cv-01588-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DATES**<br><br>Trial Date: None Set |
|---|---|

Plaintiff ANNE ARTINO and Defendant HOME DEPOT U.S.A, INC., constituting all parties appearing in this action, through undersigned counsel of record, hereby submit this Joint Stipulation:

WHEREAS the Parties are scheduled for a mediation on July 9, 2024.

WHEREAS the Parties jointly agree that an extension of time is required to complete the below expert discovery deadlines and stipulate to continuing the below dates to the following:

1. Plaintiff's deadline to disclose expert reports be continued from June 7, 2024 to July 15, 2024;

-1-

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DATES**

2. Home Depot's deadline to disclose expert reports be continued from July 11, 2024 to August 19, 2024;

3. Deadline for disclosing any expert rebuttal reports be continued from August 2, 2024 to September 6, 2024;

4. Deadline to complete Expert Discovery be continued from October 10, 2024 to November 8, 2024.

WHEREAS the required time needed to complete the above discovery will not affect the date in which dispositive motions may be filed.

WHEREAS, the Parties have been diligently conducting discovery in this matter, including extensive written discovery, Plaintiff's attendance at a defense medical examination on February 9, 2024, Plaintiff's deposition, Plaintiff's family members and friends' depositions, Defendant's key employee deposition and Plaintiff's medical provider depositions.

WHEREAS, the Parties have met and conferred and hereby stipulate and agree that a continuance of the expert disclosure deadlines will enable the Parties to attempt informal resolution of this matter at mediation on July 9, 2024 and without incurring unnecessary trial and trial-related costs and costs associated with the completion of expert discovery.

WHEREAS the Parties jointly agree that all other deadlines will remain in place.

WHEREAS this request for extension of time to complete expert discovery is not intended to cause undue delay to the Court and will not prejudice any of the parties to this action, but is meant to preserve judicial efficiency in this matter.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties.

DATED: May 29, 2024     GOODMAN NEUMAN HAMILTON LLP

By: *Angelique Hernandez*
JOSHUA S. GOODMAN
ZACHARY S. TOLSON
ANGELIQUE HERNANDEZ
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

-2-

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DATES**

| | |
|---|---|
| DATED: May 29, 2024 | CARPENTER & ZUCKERMAN |
| | By: _____ |
| | SARK OHANIAN |
| | EDWARD HOVANNISIAN |
| | Attorneys for Plaintiff |
| | ANNE ARTINO |

**IT IS SO ORDERED.**

DATED: May 29, 2024

_____
Troy L. Nunley
United States District Judge

-3-
**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DATES**